UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE: )
)
Brian and Charmion Turner ) CASE No. 08-40030
)
Debtor )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO: Brian and Charmion Turner, 503 S. Brookfield Drive, Lafayette, IN 47905

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $2.00 into the Registry Account with the U.S. Bankruptcy Court. The Trustee issued Check No. 102984 on November 3, 2010 to Brian and Charmion Turner, at the address stated above. The check was not returned to the Trustee nor was the check presented for payment. The trustee placed a stale check void on the check and the Trustee has deposited the funds into the Registry Account.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 18th day of April, 2011.

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 18th day of April, 2011 to:

Brian and Charmion Turner, 503 S. Brookfield Drive, Lafayette, IN 47905
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN
 46601
Brad A. Woolley, 103 E. Broadway, Monticello, IN 47960

       /s/ David A. Rosenthal
       David A. Rosenthal
       Chapter 13 Trustee
       P.O. Box 505
       Lafayette, IN 47902
       (765) 742-8248